# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos J. Lopez-Melendez (32)<br><br>Defendant. | CRIMINAL NO. 15-696-32 (PAD) |

## ORDER

Mr. Alejandro Colon-Lopez, Interim Chief, Documents and Records Division of the Puerto Rico Department of Corrections and Rehabilitation, shall provide to Mr. Luis Encarnacion, Chief U.S. Probation Officer for the District of Puerto Rico, or any duly authorized representative, not later than November 22, 2019, the Sentence Computation Control Sheet ("Hoja de Control Sobre Liquidacion de Sentencias") for the following cases: Cr. Nos. GSC2014G0297 and GSC2014G0298. This form shall contain the actual time served for the state sentences.

**SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of October, 2019.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNÁNDEZ
United States District Judge
