IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA  Plaintiff,  v.  CARLOS LOPEZ-MELENDEZ (32)  Defendant. | Criminal no. 15-696 (PAD) |
|---|---|

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. López-Meléndez, and respectfully states and prays as follows:

1. In accordance with to the Court order, the undersigned reports that the Department of Corrections and Rehabilitation of Puerto Rico ("DCRPR") has not provided the undersigned with the requested documentation.

2. On Monday February 2, 2020, the undersigned visited the Record's Office of DCRPR, located in Hato Rey. The administrative personnel informed that they were aware of the original mistake made in complying with the Court order, and that they were working on the correcting the information. Although the undersigned requested guidance, they refused to provide a time estimate to comply with Court's Order.

**WHEREFORE**, the undersigned respectfully requests that the Court issues a Show Cause order to the Department of Corrections and Rehabilitation as to why they have not complied with the Court's Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of February 2020.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com