IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                    v.<br><br>CARLOS LOPEZ-MELENDEZ (32)<br>    Defendant. | Criminal no. 15-696 (PAD) |
|---|---|

**MOTION TO WITHDRAW MOTION TO AMEND SENTENCE WITHOUT PREJUDICE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. López-Meléndez, and respectfully states and prays as follows:

1. Mr. López-Meléndez is working directly with the BOP to resolve all of the matters pertaining to Mr. Lopez Melendez's sentence and incarceration calculations.

2. At the present time, Mr. Lopez Melendez asks the Court to allow him to Withdraw, without prejudice, his Motion to Amend Sentence. (See Docket #2455)

**WHEREFORE**, the undersigned respectfully requests that the Court allows Mr. Lopez-Melendez to Withdraw his Motion to Amend Sentence, without prejudice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of July 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com